UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

John Thomas
   v.
McAllister Brothers, Inc.

CASE NUMBER: 97-2782 (HL)

RECEIVED & FILED
99 SEP 22 AM 10:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 9.17.99   **Docket #** 91<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other**<br>**Title:** Motion for extension of time | Granted until **October 1, 1999**. No further extensions shall be granted. |

Date 9/21/99

HECTOR M. LAFFITTE
Chief U.S. District Judge


