# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
99 OCT -4  AM 7:46

John Thomas

     v.

McAllister Brothers, Inc.

**CASE NUMBER:** 97-2782 (HL)

| MOTION | ORDER |
| --- | --- |
| **Date Filed:** 9.24.99  **Docket #** 95<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motion for leave to reply | Granted.  The Clerk shall enter the tendered reply. |

| MOTION | ORDER |
| --- | --- |
| **Date Filed:** 9.21.99  **Docket #** 92<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other**<br>**Title:** Motion for extension of time to file<br>opposition to petition for attorney's fees | Granted until **October 15, 1999.** |

| MOTION | ORDER |
| --- | --- |
| **Date Filed:** 9.17.99  **Docket #** 91<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motion for extension of time | Moot. |

Date 10-1-99

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**

