UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



John Thomas
v.
McAllister Brothers, Inc.

CASE NUMBER: 97-2782 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10.5.99  **Docket #** 98<br>[ ] Plffs  [x] Defts  [ ] Other<br>**Title:** Motion requesting leave to reply to plaintiff's opposition to defendant's motion for judgment as a matter of law | Denied. If the Court later determines that additional briefings are necessary on this issue, it will order the parties to file them. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10.5.99  **Docket #** 99<br>[ ] Plffs  [x] Defts  [ ] Other<br>**Title:** Motion requesting leave to file surreply to plaintiff's reply to objections to bill of costs | Granted. The Clerk shall enter the tendered surreply. No further memoranda shall be filed on this issue. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10.22.99 **Docket #** 101<br>[x] Plffs  [ ] Defts  [ ] Other<br>**Title:** Request for leave to file a reply memorandum | Granted. The Clerk shall enter the tendered reply. Defendant shall have until **December 17, 1999**, to file a sur-reply. Thereafter, no further memoranda shall be filed on this issue. |

Date 12-1-99

HECTOR M. LAFFITTE
Chief U.S. District Judge

