UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



John Thomas
    v.
McAllister Brothers, Inc.

CASE NUMBER: 97-2782 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**  **Docket #**<br>[ ] Plffs  [ ] Defts  [ ] Other<br>**Title:** | A settlement conference will be held in this case on **July 11, 2000**, at 4:00 p.m. The parties shall have their principals available by phone during the conference.<br>    Additionally, the Court **orders** the parties to meet by **July 6, 2000**, to engage in a good faith attempt to settle this case. |

Date 6/23/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


