UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

John Thomas
    v.
McAllister Brothers, Inc.

CASE NUMBER: 97-2782 (HL)



| MOTION | ORDER |
|---|---|
| Date Filed:   Docket #<br>[ ] Plffs  [ ] Defts  [ ] Other<br>Title: | A status and settlement conference will be held in this case on October 23, 2000, at 11:30 a.m. If the parties are unable to reach a settlement, the Court will set a date for the jury trial. |

HECTOR M. LAFFITTE
Chief U.S. District Judge

September 29, 2000


