UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

John Thomas
      v.                                CASE NUMBER: 97-2782 (HL)
McAllister Brothers, Inc.



| MOTION | ORDER |
|---|---|
| **Date Filed:** 9.2.99    **Docket #** 88<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other**<br>**Title:** Petition for attorneys' fees | Denied. On this same date, the Court has granted Defendant's motion for a new trial and set aside the judgment entered in favor of Plaintiff. |

                                                  HECTOR M. LAFFITTE
**September 29, 2000**                           **Chief U.S. District Judge**


