# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

John Thomas
v.
McAllister Brothers, Inc.

**CASE NUMBER: 97-2782 (HL)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10.5.00   **Docket #** 110<br>[ ] Plffs  [x] Defts  [ ] Other<br>**Title:** Motion to change date of conference | Granted. The status and settlement conference scheduled for October 23, 2000, is hereby reset to **November 9, 2000**, at 3:00 p.m. The parties shall have their principals available by phone during the conference. |

DATE  10-C-00

HECTOR M. LAFFITTE
Chief U.S. District Judge


CD
10/10/00