UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

John Thomas
    v.                          CASE NUMBER: 97-2782 (HL)
McAllister Brothers, Inc.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11.13.00    **Docket #** 113<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other**<br>**Title:** Motion for extension of time | Granted until December 4, 2000. No further extensions shall be granted. |

DATE 11/16/0٧

HECTOR M. LAFFITTE
Chief U.S. District Judge