# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



John Thomas
    v.
McAllister Brothers, Inc.

CASE NUMBER: 97-2782 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12.6.00  **Docket #** 117<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Request for voluntary dismissal with prejudice | Granted. Judgment shall be entered accordingly. |

DATE 12-01-00

**HECTOR M. LAFFITTE**
Chief U.S. District Judge


