UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

John Thomas
  v.
McAllister Brothers, Inc.

CASE NUMBER: 97-2782 (HL)

## JUDGMENT

The Court having granted Plaintiff's motion for voluntary dismissal, judgment is hereby entered dismissing this case with prejudice.

DATE 12-11-00

HECTOR M. LAFFITTE
Chief U.S. District Judge


